24164

The STATE, Respondent v. Levern HENRY, Petitioner.

(451 S.E. (2d) 392)

Supreme Court

*William F. Nettles, IV*, of *Savage, Royall & Sheheen*, Camden, *for petitioner.*

*T. Travis Medlock, Atty. Gen., Donald J. Zelenka, Chief Deputy Atty. Gen., Harold M. Coombs, Jr., Sr. Asst. Atty. Gen., Miller W. Shealy, Jr., Asst. Atty. Gen.,* and *Richard A. Harpootlian, Sol., Fifth Judicial Circuit,* Columbia, *for respondent.*

Heard Oct. 6, 1994.

Decided Nov. 28, 1994.

## ON WRIT OF CERTIORARI
## TO THE COURT OF APPEALS

*Per Curiam:*

We granted the petition for writ of certiorari to review the Court of Appeals' decision in *State v. Henry,* — S.C. —, 432 S.E. (2d) 489 (Ct. App. 1993). After careful consideration, we hereby dismiss the petition for certiorari as improvidently granted.